# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **OMAR MILLER**, | : |
|     *Petitioner*, | :    No. 23-cv-1256-JMY |
| | : |
| v. | : |
| | : |
| **BOBBY JO SALAMON**, et al, | : |
|     *Respondent*. | : |

## ORDER

AND NOW, this 25th day of April, 2024, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1), and after review of the Report and Recommendation of United States Magistrate Judge Scott W. Reid (ECF No. 25), IT IS ORDERED as follows:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Petition for Writ of Habeas Corpus file by Omar Miller is DISMISSED as untimely filed.

3. There is no basis for a Certificate of Appealability.

4. The Clerk of Court is **DIRECTED** to **TRANSMIT** (by mail) copies of this Order to Plaintiff at the mailing address that he has identified on the docket for service of court papers. The Clerk of Court is further **DIRECTED** to mark this matter **CLOSED**.

IT IS SO ORDERED.

                                                                                 BY THE COURT:

                                                                                  /s/ John Milton Younge
                                                                                Judge John Milton Younge